UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF FLORIDA
TAMPA DIVISION

SANDRA WEST,

    Plaintiff,

vs.                                CASE NO.:

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, SANDRA WEST, ("West"), by and through the undersigned attorney, and sues the Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum") and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2. This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3. This Court has venue pursuant to 29 U.S.C. §1132(e). In particular, in ERISA actions, venue is proper where the performance of the Plan terms was to take place. Benefits here were to be paid at West's home address in Safety Harbor, Florida. See Exhibit "A" attached hereto.

4. West is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

5. West was an employee of Lincare ("Lincare" or "Employer") and as such she was insured through a group disability policy ("LTD Plan") and two group life insurance policies ("Basic/Voluntary/Supplemental Life Insurance Plan") issued to Lincare by Unum.

6. The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plans providing long term disability benefits and a waiver of life insurance premiums under the life insurance policies in the event of disability.

7. The "Plans" are welfare benefit plans established under ERISA to provide long term disability benefits and life insurance benefits to those participants who satisfy the terms and conditions of the Plans to receive such benefits and/or premium waivers.

8. A copy of the applicable Plan documents for the LTD Plan and the Basic/Voluntary/Supplemental Life Insurance Plan are in the possession of Unum.

9. Unum is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the LTD Plan and the Basic/Voluntary/Supplemental Life Insurance Plan.

10. Unum denied and/or terminated West's claim finding that she was not disabled under the terms of the LTD Plan and the Basic/Voluntary/Supplemental Life Insurance Plan. Unum's last denial letter is dated April 7, 2021.

11. With respect to the claims made herein, West has exhausted her administrative remedies and/or exhaustion has been excused or is waived.

## COUNT I
### (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

West incorporates the allegations contained in paragraphs 1 through 11 above, and further states:

12. The LTD Plan provides for the payment of long term disability benefits in the event West became disabled as defined in the Plan. The Basic/Voluntary/Supplemental Life Insurance Plan provides for a waiver of life insurance premiums in the event of disability. Both Plans provide for the continuation of other benefits in the event of disability. The other benefits are described with particularity in the applicable plan documents for those plans.

13. West was and is disabled as defined by the LTD Plan and the Basic/Voluntary/Supplemental Life Insurance Plan at all times material hereto.

14. West made a claim for LTD Plan benefits and for a waiver of premiums under the Basic/Voluntary/Supplemental Life Insurance Plan. Said claim for benefits was terminated or denied.

15. West is entitled to LTD Plan benefits and a waiver of premium under the Basic/Voluntary/Supplemental Life Insurance Plan.

16. Unum has failed and refused to pay West sums due pursuant to the terms of the LTD Plan and has failed to provide a waiver of premiums under the Basic/Voluntary/Supplemental Life Insurance Plan, breaching the terms of said Plans.

17. Because of the failure to pay benefits and/or waive premiums pursuant to the terms of the Plans, West has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee. West is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, plaintiff, West, prays for relief from defendant, Unum, for the payment of disability benefits, a waiver of life insurance premiums, reinstatement to all other benefits, including the waiver of premiums under the LTD Plan as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date: July 13, 2021

*/s/Gregory D. Swartwood*
Gregory D. Swartwood, Esquire
Florida Bar No. 858625
The Nation Law Firm, LLP
570 Crown Oak Centre Drive
Longwood, FL  32750
Telephone:  (407) 339-1104
Facsimile:  (407) 339-1118

E-Mail:  gswartwood@nationlaw.com
Attorneys for Plaintiff